UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                                    ECF CASE
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

                                                                   NOTICE OF APPEARANCE AND REQUEST
        -v-                      :   FOR ELECTRONIC
                                                                     NOTIFICATION

PHIL ENDELLICATE,                 :
   a/k/a "Philly,"
PAUL BARONE,                      :       07 Cr. 889 (RPP)
   a/k/a "Uncle Paulie,"
   a/k/a "U.P.,"                  :
   a/k/a "Fatso,"
STEVEN SMITH,                     :
   a/k/a "SS,"
   a/k/a "Double S,"              :
   a/k/a "Smitty,"
MARIE FIDONE,                     :
   a/k/a "Marie Delnodal,"
ALBERT ALFONSO,                   :
   a/k/a "Cooch,"
JOSEPH RULLI,                     :
   a/k/a "Joe,"
   a/k/a "Jock,"                  :
ERNEST DEANGELIS,
   a/k/a "Ernie,"                 :
JOHN LAFORTE,
   a/k/a "Hammer,"                :
   a/k/a "S.I.," and
ALLAN HANDLER,                    :

        Defendants.           :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

TO:    Clerk of Court
        United States District Court
        Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                                Respectfully submitted,

                                                MICHAEL J. GARCIA
                                                United States Attorney for the
                                                Southern District of New York

                                      By:     //s//
                                                David B. Massey
                                                Assistant United States Attorney
                                                (212) 637-2283
                                                david.massey@usdoj.gov

TO:    All Counsel (By ECF)